JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOSCHE INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> S & T MONTGOMERY DISTRIBUTING, INC.; MONTGOMERY INDUSTRIES LLC; SCOTT MONTGOMERY; TRICIA MONTGOMERY; DOES 1-10, <br><br> Defendant. | Case No. 2:22-cv-9030-SVW <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** <br><br> District Judge: Hon. Stephen A. Wilson <br><br> Magistrate Judge: Hon. Maria A. Audero |
| S & T MONTGOMERY DISTRIBUTING, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> SCOSCHE INDUSTRIES, INC., <br><br> Counter-Defendant. | |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER
GRANTING JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-9030-SVW

# ORDER

The Court, having reviewed the Parties' Joint Stipulation for Dismissal with Prejudice (the "Joint Stipulation") in the above-captioned matter and having found good cause to exist,

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** with prejudice in its entirety, including all claims and counterclaims asserted, as to all Parties.

**IT IS SO ORDERED.**

Dated: October 16, 2024

_____
The Hon. Stephen A. Wilson
United States District Court Judge